CALVIN R. FAVORITE et al. Plaintiffs in Error, vs. BOARD
OF EDUCATION OF CHICAGO, Defendant in Error.

*Opinion filed June 18, 1908.*

This case is controlled by the decision in *Wilson* v. *Board of Education,* 233 Ill. 464.

WRIT OF ERROR to the Branch Appellate Court for the
First District;—heard in that court on writ of error to
the Circuit Court of Cook county; the Hon. LOCKWOOD
HONORE, Judge, presiding.

STUART G. SHEPARD, for plaintiffs in error.

FRANK HAMLIN, and ANGUS ROY SHANNON, for defendant in error.

PER CURIAM: This was a bill in chancery filed by the
plaintiffs in error in the circuit court of Cook county to
enjoin the defendant in error from enforcing a rule adopted
by the defendant in error known as the "anti-fraternity
rule." A demurrer was interposed to the bill and sustained
and the bill dismissed for want of equity. The decree of
the circuit court was affirmed by the Appellate Court for
the First District, and this writ of error has been sued out
from this court to the Appellate Court to review the judg-
ment of that court in affirming the decree of the circuit
court.

The questions raised upon this record are identical with
those raised in the case of *Wilson* v. *Board of Education
of Chicago,* 233 Ill. 464, and the decision in that case is
decisive of this case. In accordance, therefore, with the
holding of this court in that case, the judgment of the Ap-
pellate Court affirming the decree of the circuit court will be
affirmed.                                    *Judgment affirmed.*